IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNILOC LUXEMBOURG S.A and UNILOC USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Avid Technology, Inc., <br><br> Defendant. | CIVIL ACTION NO. 6:12-cv-967 <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' ORIGINAL COMPLAINT
## FOR PATENT INFRINGEMENT

Plaintiffs Uniloc Luxembourg S.A. ("Uniloc Luxembourg") and Uniloc USA, Inc. ("Uniloc USA") (collectively, "Uniloc") file this Original Complaint against Avid Technology, Inc. for infringement of U.S. Patent No. 7,024,696 ("the '696 patent").

## THE PARTIES

1.  Uniloc Luxembourg S.A. ("Uniloc Luxembourg") is a corporation organized and existing under the laws of Luxembourg with its principal place of business at 15, rue Edward Steichen, L-2540, Luxembourg.

2.  Uniloc USA, Inc. ("Uniloc USA") is a Texas corporation with its headquarters and principal place of business at Legacy Town Center I, Suite 380, 7160 Dallas Parkway, Plano, Texas 75024.  Uniloc USA also maintains a place of business at 102 N. College, Suite 806, Tyler, Texas 75702.

3.  Uniloc Luxembourg and Uniloc USA are collectively referred to as "Uniloc." Uniloc researches, develops, manufactures and licenses information security technology

solutions, platforms and frameworks, including solutions for securing software applications and digital content.  Uniloc's patented technologies enable software and content publishers to securely distribute and sell their high-value technology assets with minimum burden to their legitimate end users.  Uniloc's technology is used in several markets, including software and game security, identity management, intellectual property rights management, and critical infrastructure security.

4. Avid Technology, Inc. ("Avid" or "Defendant") is a Delaware corporation with its principal place of business in Burlington, Massachusetts.  Avid may be served with process through its registered agent, The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801.  Upon information and belief, Avid maintains an office at 4500 Fuller Drive, Irving, Texas 75038, and does business in the State of Texas and in the Eastern District of Texas.

## JURISDICTION AND VENUE

5. Uniloc brings this action for patent infringement under the patent laws of the United States, namely 35 U.S.C. §§ 271, 281, and 284-285, among others.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(c) and 1400(b).  On information and belief, Defendant is deemed to reside in this judicial district, has committed acts of infringement in this judicial district, has purposely transacted business involving its accused products in this judicial district and/or, has regular and established places of business in this judicial district.

7. Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to its substantial business in this State and judicial district, including: (A) at least part of its infringing activities

alleged herein; and (B) regularly doing or soliciting business, engaging in other persistent conduct, and/or deriving substantial revenue from goods sold and services provided to Texas residents.

## COUNT I

(INFRINGEMENT OF U.S. PATENT NO. 7,024,696)

8. Uniloc incorporates paragraphs 1 through 7 herein by reference.

9. Uniloc Luxembourg is the owner, by direct assignment from the inventor, of the '696 patent, entitled "METHOD AND SYSTEM FOR PREVENTION OF PIRACY OF A GIVEN SOFTWARE APPLICATION VIA A COMMUNICATIONS NETWORK." A true and correct copy of the '696 patent is attached as Exhibit A.

10. Uniloc USA is the exclusive licensee of the '696 patent with ownership of all substantial rights in the '696 patent, including the right to grant sublicenses, exclude others and to enforce, sue and recover damages for past and future infringements.

11. The '696 patent is valid, enforceable and was duly issued in full compliance with Title 35 of the United States Code.

12. Avid is directly infringing one or more claims of the '696 patent in this judicial district and elsewhere in Texas, including at least claim 18, without the consent or authorization of Uniloc, by or through making, using, offering for sale, selling and/or importing computer software that implements piracy prevention technology, including, without limitation, Sibelius 7.

13. Uniloc has been damaged as a result of Defendant's infringing conduct described in this Count. Defendant is, thus, liable to Uniloc in an amount that adequately compensates it for Defendant's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## JURY DEMAND

Uniloc hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

Uniloc requests that the Court find in its favor and against Defendant, and that the Court grant Uniloc the following relief:

a. Judgment that one or more claims of the '696 patent has been infringed, either literally and/or under the doctrine of equivalents, by Defendant and/or by others to whose infringements Defendant has contributed and/or by others whose infringements have been induced by Defendant;

b. Judgment that Defendant account for and pay to Uniloc all damages to and costs incurred by Uniloc because of Defendant's infringing activities and other conduct complained of herein;

c. Judgment that Defendant account for and pay to Uniloc a reasonable, on-going, post judgment royalty because of Defendant's infringing activities and other conduct complained of herein;

d. That Uniloc be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

e. That Uniloc be granted such other and further relief as the Court may deem just and proper under the circumstances.


Dated: December 21, 2012

Respectfully submitted,

/s/ *Decker A. Cammack  w/permission WH)*
Edward E. Casto
Lead Attorney
Texas State Bar No. 24044178
Barry J. Bumgardner
Texas State Bar No. 24041918
Decker A. Cammack
Texas State Bar No. 24036311
Steven W. Hartsell
Texas State Bar No. 24040199
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300

Fort Worth, Texas 76107
Phone:  (817) 377-9111
Fax:  (817) 377-3485

James Etheridge
Texas Bar No. 24059147
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com

T. John Ward, Jr.
Texas State Bar No. 00794818
jw@wsfirm.com
J. Wesley Hill
Texas State Bar No. 24032294
wh@wsfirm.com
WARD & SMITH LAW FIRM
1127 Judson Rd., Suite 220
Longview, Texas  75601
(903) 757-6400
(903) 757-2323 (fax)

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX  75606
(903) 757-8449
(903) 758-7397 (fax)
ema@emafirm.com

**Attorneys for Plaintiffs**
**Uniloc Luxembourg S.A. and**
**Uniloc USA, Inc.**